UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH ANTHONY ROBERSON,                        Civil No. 06-2460 ADM/AJB

       Plaintiff,

   v.
                                          ORDER

TRAVIS LINDSTROM, Sergeant, et al.,
SHERBURNE COUNTY JAIL,
JAMIE TATAREIC, Staff Member, and
RSEDEN/REENTRY WEST,

       Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 24, 2006, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Amended Application to Proceed Without Prepayment of Fees, (Docket No. 5), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.


DATED: September 29,  2006.

s/Ann D. Montgomery
_____
Judge Ann D. Montgomery
U. S. District Court